IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BILLY JOHN ROBERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ROWLETT TEXAS POLICE | ) |
| DEPARTMENT, *et al.*, | ) |
| | ) |
| Defendant. | )  Civil Action No. 3:20-CV-3578-C-BN |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge therein advising that Plaintiff's construed *pro se* application for writ of

habeas corpus under 28 U.S.C. § 2254, as amended, should be dismissed without prejudice

subject to Plaintiff's right to seek authorization to file a successive application.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or

specified proposed findings or recommendations to which a timely objection is made.  28 U.S.C.

§ 636(b)(1)(C).  Portions of the report or proposed findings or recommendations that are not the

subject of a timely objection will be accepted by the Court unless they are clearly erroneous or

contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that

Plaintiff's objections should be **OVERRULED**.[2]  The Court has further conducted an

---

[1] The Court notes that Plaintiff appears to continue to file amended complaints in an effort to avoid dismissal.

[2] The Court construes Plaintiff's Motion of Challenging Decision Made to be objections to the Magistrate Judge's Findings, Conclusions, and Recommendation.  *See* Doc. 9.

independent review of the Magistrate Judge's findings and conclusions and finds no error.  It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation and Supplemental Findings thereto[3] are **ADOPTED** as the findings and conclusions of the Court.  For the reasons stated therein, the Court **ORDERS** that Plaintiff's construed *pro se* application for writ of habeas corpus under 28 U.S.C. § 2254, as amended, be **DISMISSED** without prejudice subject to Plaintiff's right to seek authorization to file a successive application in the United States Court of Appeals for the Fifth Circuit.

SO ORDERED this ____ day of January, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[3] *See* Doc. 7.